# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0130

_____

NEIL CUFF,

   Petitioner,

v.

FLORIDA BOARD OF PHARMACY,
FLORIDA DEPARTMENT OF
HEALTH,

   Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

February 6, 2026

PER CURIAM.

   DENIED.

RAY, M.K. THOMAS, and LONG, JJ., concur.

_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Neil Cuff, pro se, Petitioner.

Sarah Young Hodges, Chief Appellate Counsel, Department of Health, Tallahassee, for Respondent.